DANIEL J. BRODERICK, Bar #89424
Federal Defender
BEN GALLOWAY, Bar #14897
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSHUA KREMIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-08-0111-EFB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | Date:  May 12, 2008 |
| ) | Time:  10:00 a.m. |
| JOSHUA KREMIN, ) | Judge: EDMUND F. BRENNAN |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

   The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, JOSHUA KREMIN by and through his counsel BEN GALLOWAY of the Federal Defenders Office, stipulate that the trial confirmation hearing set for April 14, 2008 and the jury trial set for May 13, 2008 be vacated and reset for a trial confirmation hearing on May 12, 2008 and a jury trial on June 10, 2008 at 10:00 a.m.

   This continuance is requested because defense counsel needs

additional time to discuss and review the case with the defendant and to conduct further investigation.

Speedy trial time is to be excluded from the date of this order through the date of the trial confirmation hearing set for May 12, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: April 4, 2008         Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Ben Galloway
_____

BEN GALLOWAY
Staff Attorney
Attorney for Defendant
JOSHUA KREMIN

Dated:  April 4, 2008        MCGREGOR W. SCOTT
                             United States Attorney

                             /s/ Matthew Stegman
                             _____
                             MATTHEW STEGMAN
                             Assistant U.S. Attorney

**O R D E R**

IT IS ORDERED that the trial confirmation is set for May 12, 2008 and the jury trial will be set for June 10, 2008 at 10:00 a.m. IT IS SO ORDERED.

Dated:  April 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2