```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  ISABEL Y. LIOU
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2806
```

FILED

AUG - 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO S-08-0111-EFB |
|---|---|
| Plaintiff, | ) |
| | ) PROTECTIVE ORDER FOR |
| | ) DISCLOSURE OF WITNESS CONTACT |
| v. | ) INFORMATION |
| | ) |
| JOSHUA KREMIN, | ) DATE: August 8, 2008 |
| | ) TIME: 10:00 a.m. |
| Defendant. | ) COURT: Hon. Edmund F. Brennan |

The Government shall disclose to defense counsel the witness telephone numbers from the front page of the U.S. Fish and Wildlife Service Incident Report in this case (previously provided to defendant in redacted form on March 24, 2008), subject to the following three conditions:

1) The witnesses' telephone numbers are to be used only by defense counsel and any member of his staff for the sole purpose of contacting the witnesses for trial preparation purposes;

///
///
///
///

1

1    2)   The telephone numbers must not be disclosed to the
2         defendant or any other individual; and
3    3)   The telephone numbers must not be used for any other
4         purpose.

**IT IS SO ORDERED.**

DATED: August 8, 2008

_____
Hon. Edmund F. Brennan
United States Magistrate Judge