```
1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  ISABEL Y. LIOU
   Certified Law Clerk
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2806
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. S-08-0111 EFB |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | COUNT ONE OF THE SUPERSEDING |
| v. | ) | INFORMATION AND ORDER |
| JOSHUA J. KREMIN, | ) | |
| | ) | DATE: September 16, 2008 |
| Defendant. | ) | DATE: 9:30 a.m. |
| _____ | ) | JUDGE: Hon. Edmund F. Brennan |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing Count One of the Superseding Information, filed in the above-titled matter on July 28, 2008.

Dated: September 2, 2008          McGREGOR W. SCOTT
                                  United States Attorney


                                  By: /s/ S. Robert Tice-Raskin
                                      S. ROBERT TICE-RASKIN
                                      Assistant U.S. Attorney

O R D E R

SO ORDERED.

DATED: September 2, 2008

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE